IN THE UNITED STATES DISTRICT COURT ~~FILED BY~~_____D.C.
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION                    05 DEC 28  AM II: 06

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff,

VS.

                                CR. NO. 05-20434-B

TRACY MITCHELL,

    Defendant.

---

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

---

    This cause came on for a report date on December 21, 2005. At that time, counsel for the defendant requested a continuance of the January 3, 2006 trial date in order to allow for additional preparation in the case.

    The Court granted the request and reset the trial date to March 6, 2006 with a **report date of Monday, February 27, 2006, at 9:30 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

    The period from January 13, 2006 through March 17, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

    IT IS SO ORDERED this 23d day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-28-05

12

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20434 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

John Keith Perry
SPARKMAN ZUMMACH, P.C.
P.O. Box 266
Southaven, MS 38671--026

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT